```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/3/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**VANESSA JIMENEZ,**

                **Plaintiff,**

    -against-                         22-cv-5493 (ALC)

                                        **ORDER OF DISCONTINUANCE**

**BEXCO ENTERPRISES, INC.,**

                **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

       It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   October 3, 2022
             New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**